IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| THOMAS A. BOND, | § |
| | § No. 151, 2015 |
| Plaintiff, | § |
| | § |
| v. | § Court Below—Superior Court |
| | § of the State of Delaware, |
| CECILIA WILSON, | § in and for New Castle County |
| | § C.A. No. N12C-07-271 CLS |
| Defendant. | § |

Submitted: September 30, 2015
Decided: October 9, 2015

Before **HOLLAND**, **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 9th day of October 2015, the Court has considered this matter on the briefs filed by the parties. We have concluded that the judgment of the Superior Court should be affirmed on the basis of its opinion dated March 16, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice